**Steven MOORE, Plaintiff,**

**v.**

**Robert KIBBEE, Chancellor of the Board of Higher Education of the City of New York, Individually and in his official capacity, et al., Defendants.**

**No. 74C 1011.**

United States District Court,
E. D. New York.

Oct. 3, 1975.

---

**1368**

Evelyn Williams, New York City, for plaintiff.

Adrian P. Burke, Corp. Counsel, by Donald N. Nussbaum, New York City, for defendants.

## MEMORANDUM AND ORDER

PLATT, District Judge.

By memorandum dated September 11, 1974, this Court referred this case to U. S. Magistrate Vincent A. Catoggio to supervise pretrial discovery.

By letters dated June 26, 1975, and July 9, 1975, addressed to Evelyn A. Williams, Esq., 461 Central Park West, New York, New York 10025, counsel for the plaintiff herein, Magistrate Catoggio scheduled pretrial hearings on July 9, 1975 and September 29, 1975 at 2:30 P.M., respectively. On both occasions counsel for the plaintiff failed to appear.

In the letter dated June 26, 1975, Magistrate Catoggio stated that "In the event you fail to appear at that time (July 9, 1975 at 2:30 P.M.) I will recommend to Judge Platt that the complaint be dismissed."

By memorandum dated September 29, 1975, Magistrate Catoggio has recommended that plaintiff's complaint be dismissed and accordingly the same is dismissed.

So ordered.